**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:   Liljana Sinojmeri                                         Chapter 7

   Debtor(s)

                                                            Bankruptcy No. 24-10899-amc

AND NOW, it is ORDERED that an Order discharging the debtor was entered in this matter on June 20, 2024, was entered prematurely by the Clerk's office and is VACATED pending disposition of the Adversary Proceeding 24-00088 (Chang et al v. Sinojmeri et al), objecting to discharge of the Debtor pursuant to U.S.C. 727(a)(2), (a)(4), (a)(5).

                                                            BY THE COURT

Date:  June 24, 2024
                                                            _____
                                                            Ashely M. Chan
                                                            Chief, U.S. Bankruptcy Judge